**UNITED STATES DISTRICT COURT**
**IN THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DONALD FLEWELLYN,<br><br>    Plaintiff,<br><br>vs.<br><br>MACY'S/DEPARTMENT STORES NATIONAL BANK,<br><br>    Defendants. | Case No.: 17-CV-2198-B |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Donald Flewellyn and Defendant Macy's/Department Stores National Bank, through counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that all claims asserted against Macy's/Department Stores National Bank may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED:  March 5, 2018                    Respectfully Submitted,

BY:   /s/ Stuart Price
Stuart M. Price (SBN 150439)
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 907-2030
E: Stuart@pricelawgroup.com


J. Kathleen Munden
Robert A. Higgins & Associates, P.C.
8220 Camp Bowie West Blvd.
Fort Worth, TX 76116
T:817-924-
E: Kathleen.munden@higginslaw.com
*Attorneys for Plaintiff Donald Flewellyn*


BY: */s/Whitney L. White*
Whitney L. White
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202-4473
Telephone:(214)741-3001
E: wwhite@sessions.legal
*Attorney for Defendant,*
*Macy's/Department Stores National Bank*


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 5th day of March 2018. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ Maria Marsceill*